AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| State of Indiana, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-00106-DMT-CRH |
| Alejandro Mayorkas, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants    .

Date:   07/24/2023

/s/ Katherine J. Shinners
*Attorney's signature*

Katherine J. Shinners, DC 978141
*Printed name and bar number*

U.S. Dep't of Justice, Civil Division
Office of Immigration Litigation, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
*Address*

katherine.j.shinners@usdoj.gov
*E-mail address*

(202) 598-8259
*Telephone number*

(202) 305-7000
*FAX number*