# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| State of Indiana, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>Alejandro Mayorkas, *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-00106-DMT-CRH |

**NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM SERVICE LIST FOR MELISSA A. HOLYOAK**

Please take notice that Christopher Bates hereby files this notice of withdrawal of Melissa A. Holyoak, former Solicitor General for the Office of the Utah Attorney General, as counsel of record for the State of Utah, and requests that her name be removed from all certificates of service and mailing lists.  Melissa A. Holyoak is no longer with the Office of the Utah Attorney General, and the State of Utah will continue to be represented by Christopher Bates, Deputy Solicitor General, who will remain actively involved in this case.

Accordingly, Christopher Bates respectfully requests the Court approve the removal of Melissa A. Holyoak as attorney of record in this matter, and requests that the clerk remove her name from the service list.

DATED this 19th day of March, 2024.

                                        Respectfully submitted,

                                        SEAN D. REYES
                                        ATTORNEY GENERAL

                                        */s/ Christopher Bates*
                                        CHRISTOPHER BATES
                                        Deputy Solicitor General
                                        Office of the Utah Attorney General
                                        160 E. 300 S., 6th Floor
                                        P.O. Box 140854
                                        Salt Lake City, UT 84114-0854
                                        Phone: (385) 272-2181
                                        Fax: (801) 538-1121
                                        chrisbates@agutah.gov
                                        *Counsel for State of Utah*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2024, the foregoing Notice of Substitution of Counsel of Record for the State of Utah was served on the counsel of record for all parties through the CM/ECF system.

*/s/ Christopher Bates*
CHRISTOPHER BATES