# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| State of Indiana, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> Alejandro Mayorkas, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-00106-DMT-CRH |

## NOTICE OF SUBSTITUTION OF COUNSEL
## OF RECORD FOR THE STATE OF UTAH

Please take notice that Lance Sorenson enters his appearance as counsel for the State of Utah, replacing Christopher Bates who is no longer with the Utah Attorney General's Office. Lance Sorenson will serve as counsel of record for the State of Utah. Please withdraw the appearance of Christopher Bates in the above-captioned matter.

DATED this 19th day of April, 2024.

Respectfully submitted,

SEAN D. REYES
ATTORNEY GENERAL

*/s/ Lance Sorenson*
LANCE SORENSON
Assistant Solicitor General
Office of the Utah Attorney General
160 E. 300 S., 6th Floor
P.O. Box 140854
Salt Lake City, UT 84114-0854
Phone: (385) 441-4218
Fax: (801) 538-1121
lancesorenson@agutah.gov
*Counsel for State of Utah*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024, the foregoing Notice of Substitution of Counsel of Record for the State of Utah was served on the counsel of record for all parties through the CM/ECF system.

*/s/ Lance Sorenson*
LANCE SORENSON