IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| STATE OF INDIANA, *et al.*, <br><br> PLAINTIFFS, <br><br> v. <br><br> ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*; <br><br> DEFENDANTS. | CIVIL ACTION NO. 1:23-cv-00106-CRH |

**RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs hereby respond to Defendants' Notice of Supplemental Authority (ECF 75) regarding two United States Supreme Court decisions related to Article III standing.

In *Food and Drug Administration v. Alliance for Hippocratic Medicine*, 602 U.S. 367 (2024), the Court held the plaintiffs lacked standing where they alleged "sincere legal, moral, ideological, and policy objections." *Id*. at 386. But the Plaintiffs in this matter have asserted more than moral or policy objections. Plaintiffs in this case have alleged specific, foreseeable, financial injuries based on the influx of additional aliens to the States. *See* ECF 61, pp. 8-9; ECF 1, ¶¶ 59-104. These injuries are based on past experiences where aliens within Plaintiffs' borders have required the States to incur additional, mandated expenses to provide them with health care, education, and other costs. This is different from a teacher suing over lax immigration policy causing an overcrowded classroom. *Cf*. Notice at 2 (citing *Alliance*, 602 U.S. at 382). A more apt analogy would be to look at it from the perspective of a teacher legally obligated to pay for each

additional students' tuition and educational expenses, as well as those students' housing expenses and healthcare expenses.

And in *Murthy v. Missouri*, 2024 WL 3165801 (June 26, 2024), the Supreme Court determined that the two plaintiff States there did not have standing to pursue claims that governmental entities were engaged in censorship of information on third-party platforms because they had not shown a "causal link" for their claims. *Id*. at *10. However, the Court also noted that past injuries are relevant "for their predictive value." *Id*. at *8. In this case, the Plaintiff States have shown that costs are incurred by aliens that move within their borders, *see* ECF 61, pp. 8-9; ECF 1, ¶¶ 59-104, and that the number of aliens that have entered the United States increased after the promulgation of the Rule at issue in this matter, s*ee* ECF 61, pp. 10-11. Consequently, unlike in *Murthy*, the States have shown a "causal link" between their increased financial costs and the exceptions contained in the Circumvention of Lawful Pathways rule.

Respectfully Submitted,

| | |
|---|---|
| */s/ Philip Axt* | */s/ Betsy DeNardi* |
| DREW H. WRIGLEY | Betsy M. DeNardi, 23856-71 |
| Attorney General | Director of Complex Litigation |
| PHILIP AXT (ND Bar No. 09585) | Office Of the Indiana Attorney General |
| Solicitor General | Indiana Government Center South, 5th Floor |
| North Dakota Attorney General's Office | 302 West Washington Street |
| 600 E Boulevard Avenue, Dept. 125 | Indianapolis, IN 46204-2770 |
| Bismarck, ND 58505 | (317) 232-6231 |
| (701) 328-2210 | Betsy.DeNardi@atg.in.gov |
| pjaxt@nd.gov | *Counsel for the State of Indiana* |
| *Counsel for State of North Dakota* | |

*s/Christopher A. Robison*
Treg Taylor
Attorney General of Alaska
Cori M. Mills
Deputy Attorney General of Alaska
Christopher A. Robison
Alaska Bar No. 2111126
Texas Bar No. 24035720
Assistant Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
chris.robison@alaska.gov
*Counsel for the State of Alaska*

*s/ Dylan L. Jacobs*
Tim Griffin
Arkansas Attorney General
Nicholas J. Bronni
Solicitor General
Dylan L. Jacobs
Deputy Solicitor General
Office Of the Arkansas Attorney General
323 Center St., Suite 200
Little Rock, AR 72201
(501) 682-6302
Nicholas.Bronni@Arkansasag.Gov
*Counsel for the State of Arkansas*

s/ *Natalie Christmas*
Natalie Christmas
Counselor to the Attorney General
Ashley Moody
Attorney General
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
(850) 410-2672 (fax)
Natalie.Christmas@myfloridalegal.com
*Counsel for the State of Florida*

*s/Joshua N. Turner*
Raúl R. Labrador
Idaho Attorney General
Theodore J. Wold
Solicitor General
Joshua N. Turner
Deputy Solicitor General
Idaho Attorney General's Office
Statehouse, Room 210
Boise, ID 83720
(208) 334-2400
Josh.Turner@ag.idaho.gov
*Counsel for the State of Idaho*

BRENNA BIRD
Attorney General of Iowa

/s/ Eric H. Wessan
Eric H. Wessan
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
*Counsel for State of Iowa*

*s/Marc Manley*
DANIEL CAMERON
Attorney General of Kentucky
MARC MANLEY
Associate Attorney General
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky
Tel: (502) 696-5478
*Counsel for the Commonwealth of Kentucky*

3

Attorney General of Mississippi

*/s/ Justin L. Matheny*
Justin L. Matheny (MS Bar No. 100754)
  Deputy Solicitor General
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205-0220
Telephone: (601) 359-3680
Fax: (601) 359-2003
justin.matheny@ago.ms.gov
*Counsel for State of Mississippi*

s/Joshua Divine
Andrew Bailey
Missouri Attorney General
Joshua M. Divine
Solicitor General
Maria A. Lanahan
Deputy Solicitor General
Post Office Box 899
Jefferson City, Missouri 65101
(573) 751-8870
Josh.Divine@ago.mo.gov
Maria.Lanahan@ago.mo.gov
*Counsel for the State of Missouri*

*/s/ Christian B. Corrigan*
Austin Knudsen
Attorney General
Christian B. Corrigan
Solicitor General
Montana Department of Justice
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
christian.corrigan@mt.gov
*Counsel for the State of Montana*

*s/ Brandon F. Chase*
John M. Formella
Attorney General
Brandon F. Chase, NH Bar No. 270844
Assistant Attorney General
New Hampshire Department of Justice
33 Capitol Street
Concord, NH  03301
(603) 271-3650
brandon.f.chase@doj.nh.gov
*Counsel for the State of New Hampshire*

*/s/ Garry M. Gaskins, II*
GENTNER F. DRUMMOND
Attorney General
GARRY M. GASKINS, II
Solicitor General
ZACH WEST
Director of Special Litigation
AUDREY A. WEAVER
Assistant Solicitor General
Oklahoma Attorney General's Office
State of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105
*Counsel for the State of Oklahoma*

*/s Joseph D. Spate*
ALAN WILSON
  South Carolina Attorney General
ROBERT D. COOK
  Solicitor General
J. EMORY SMITH, JR.
  Deputy Solicitor General
THOMAS T. HYDRICK
  Assistant Deputy Solicitor General
JOSEPH D. SPATE
  Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-3371
josephspate@scag.gov
*Counsel for the State of South Carolina*

*/s/Whitney Hermandorfer*
Jonathan Skrmetti
Tennessee Attorney General
and Reporter
Whitney Hermandorfer
Director of Strategic Litigation Unit and Assistant Solicitor General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 253-5642
whitney.hermandorfer@ag.tn.gov
*Counsel for the State of Tennessee*

*s/Lance Sorenson*
Sean D. Reyes
Attorney General of Utah
Assistant Solicitor General
Office of the Attorney General
Utah State Capitol Complex
350 North State Street Suite 230
Salt Lake City, UT 84114-2320
(385) 441-4218
lancesorenson@agutah.gov
*Counsel for the State of Utah*

*s/ Kevin M. Gallagher*
Jason S. Miyares
Attorney General
Kevin M. Gallagher
Principal Deputy Solicitor General
Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us
*Counsel for Commonwealth of Virginia*

*s/Ryan Schelhaas*
Bridget Hill
Wyoming Attorney General
Ryan Schelhaas
Chief Deputy Attorney General
109 State Capitol
Cheyenne, WY 82002
(307) 777-5786
ryan.schelhaas@wyo.gov
*Counsel for the State of Wyoming*