IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| STATE OF INDIANA, *et al.*,<br><br>PLAINTIFFS,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*;<br><br>DEFENDANTS. | CIVIL ACTION NO. 1:23-cv-00106-CRH |

**RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs hereby respond to Defendants' Notice of Supplemental Authority (ECF 77, 78) regarding a Western District of Texas District Court decision related to Article III standing and an exception to the Circumvention of Lawful Pathways Rule.

In *Texas v. Mayorkas*, --- F.Supp.3d ---, 2024 WL 369380 (W.D. Tx. August 5, 2024), the Court determined that Texas lacked standing to challenge the exception to asylum ineligibility for individuals who schedule appointments using the CBP One App. The Court relied upon *United States v. Texas* (*"Enforcement Priorities"*), 599 U.S. 670 (2023), in dismissing Texas' complaint finding no "exercise of coercive power over Texas" in the Rule or its exception. But the Plaintiffs have distinguished *Enforcement Priorities* in the motion to dismiss briefing. *See* ECF 61, pp 6-9. The arguments made by Plaintiffs were adopted in a Northern District of Florida District Court decision. *See Florida v. United States*, --- F.Supp.3d ---, 2024 WL 677713 (N.D. Fl. February 20, 2024), The Court in *Enforcement Priorities* recognized "monetary costs are of course an injury." *Enforcement Priorities*, 599 U.S. at 676.

1

*Texas v. Mayorkas* is wrongly decided because it expands the *Enforcement Priorities* decision beyond prosecutorial decisions to an adjudicatory process.

Respectfully Submitted,

/s/ Philip Axt
DREW H. WRIGLEY
Attorney General
PHILIP AXT (ND Bar No. 09585)
Solicitor General
North Dakota Attorney General's Office
600 E Boulevard Avenue, Dept. 125
Bismarck, ND 58505
(701) 328-2210
pjaxt@nd.gov
*Counsel for State of North Dakota*

/s/ Betsy M. DeNardi
Betsy M. DeNardi, 23856-71
Special Counsel of Complex Litigation
Office Of the Indiana Attorney General
I.G.C.S, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
(317) 232-6231
Betsy.DeNardi@atg.in.gov
*Counsel for the State of Indiana*

s/Christopher A. Robison
Treg Taylor
Attorney General of Alaska
Cori M. Mills
Deputy Attorney General of Alaska
Christopher A. Robison
Alaska Bar No. 2111126
Texas Bar No. 24035720
Assistant Attorney General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
chris.robison@alaska.gov
*Counsel for the State of Alaska*

s/ Dylan L. Jacobs
Tim Griffin
Arkansas Attorney General
Nicholas J. Bronni
Solicitor General
Dylan L. Jacobs
Deputy Solicitor General
Office Of the Arkansas Attorney General
323 Center St., Suite 200
Little Rock, AR 72201
(501) 682-6302
Nicholas.Bronni@Arkansasag.Gov
*Counsel for the State of Arkansas*

s/ Natalie Christmas
Natalie Christmas
Counselor to the Attorney General
Ashley Moody
Attorney General
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
(850) 410-2672 (fax)
Natalie.Christmas@myfloridalegal.com
*Counsel for the State of Florida*

s/Joshua N. Turner
Raúl R. Labrador
Idaho Attorney General
Joshua N. Turner
Deputy Solicitor General
Idaho Attorney General's Office
Statehouse, Room 210
Boise, ID 83720
(208) 334-2400
Josh.Turner@ag.idaho.gov
*Counsel for the State of Idaho*

BRENNA BIRD  
Attorney General of Iowa  

/s/ Eric H. Wessan  
Eric H. Wessan  
Solicitor General  
1305 E. Walnut Street  
Des Moines, Iowa 50319  
(515) 823-9117  
(515) 281-4209 (fax)  
eric.wessan@ag.iowa.gov  
*Counsel for State of Iowa*  

s/Zachary M. Zimmerer  
RUSSELL COLEMAN  
Attorney General of Kentucky  
ZACHARY M. ZIMMERER  
Assistant Attorney General  
Kentucky Office of the Attorney General  
700 Capital Avenue, Suite 118  
Frankfort, Kentucky  
Tel: (502) 696-5617  
*Counsel for the Commonwealth of Kentucky*  

Attorney General of Mississippi  

*/s/ Justin L. Matheny*  
Justin L. Matheny (MS Bar No. 100754)  
 Deputy Solicitor General  
Mississippi Attorney General's Office  
P.O. Box 220  
Jackson, MS 39205-0220  
Telephone: (601) 359-3680  
Fax: (601) 359-2003  
justin.matheny@ago.ms.gov  
*Counsel for State of Mississippi*  

*s/Joshua Divine*  
Andrew Bailey  
Missouri Attorney General  
Joshua M. Divine  
Solicitor General  
Maria A. Lanahan  
Deputy Solicitor General  
Post Office Box 899  
Jefferson City, Missouri 65101  
(573) 751-8870  
Josh.Divine@ago.mo.gov  
Maria.Lanahan@ago.mo.gov  
*Counsel for the State of Missouri*  

/s/ Christian B. Corrigan  
Austin Knudsen  
Attorney General  
Christian B. Corrigan  
Solicitor General  
Montana Department of Justice  
P.O. Box 201401  
Helena, MT 59620-1401  
Phone: (406) 444-2026  
christian.corrigan@mt.gov  
*Counsel for the State of Montana*  

s/ Brandon F. Chase  
John M. Formella  
Attorney General  
Brandon F. Chase, NH Bar No. 270844  
Assistant Attorney General  
New Hampshire Department of Justice  
33 Capitol Street  
Concord, NH  03301  
(603) 271-3650  
brandon.f.chase@doj.nh.gov  
*Counsel for the State of New Hampshire*  

3

*/s/ Garry M. Gaskins, II*
GENTNER F. DRUMMOND
Attorney General
GARRY M. GASKINS, II
Solicitor General
ZACH WEST
Director of Special Litigation
AUDREY A. WEAVER
Assistant Solicitor General
Oklahoma Attorney General's Office
State of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105
*Counsel for the State of Oklahoma*

*/s Joseph D. Spate*
ALAN WILSON
  South Carolina Attorney General
ROBERT D. COOK
  Solicitor General
J. EMORY SMITH, JR.
  Deputy Solicitor General
THOMAS T. HYDRICK
  Assistant Deputy Solicitor General
JOSEPH D. SPATE
  Assistant Deputy Solicitor General
Post Office Box 11549
Columbia, SC 29211
(803) 734-3371
josephspate@scag.gov
*Counsel for the State of South Carolina*

*/s/Whitney Hermandorfer*
Jonathan Skrmetti
Tennessee Attorney General
and Reporter
Whitney Hermandorfer
Director of Strategic Litigation Unit and Assistant Solicitor General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 253-5642
whitney.hermandorfer@ag.tn.gov
*Counsel for the State of Tennessee*

*s/Lance Sorenson*
Sean D. Reyes
Attorney General of Utah
Assistant Solicitor General
Office of the Attorney General
Utah State Capitol Complex
350 North State Street Suite 230
Salt Lake City, UT 84114-2320
(385) 441-4218
lancesorenson@agutah.gov
*Counsel for the State of Utah*

*s/ Kevin M. Gallagher*
Jason S. Miyares
Attorney General
Kevin M. Gallagher
Principal Deputy Solicitor General
Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
kgallagher@oag.state.va.us
*Counsel for Commonwealth of Virginia*

*s/Ryan Schelhaas*
Bridget Hill
Wyoming Attorney General
Ryan Schelhaas
Chief Deputy Attorney General
109 State Capitol
Cheyenne, WY 82002
(307) 777-5786
ryan.schelhaas@wyo.gov
*Counsel for the State of Wyoming*