IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION AT

*Electronically filed*

| | |
|---|---|
| State of Indiana, *et al.*,<br>　　Plaintiffs<br><br>v.<br><br>Alejandro Mayorkas, *et al.*,<br>　　Defendants | Civil Action No. 1:23-cv-00106-DMT |

**NOTICE OF SUBSTITUTION OF COUNSEL
OF RECORD FOR THE COMMONWEALTH OF KENTUCKY**

Please take notice that Zachary M. Zimmerer substitutes as counsel of record for the Commonwealth of Kentucky, in place of Marc Manley who is no longer with the Kentucky Attorney General's Office. Please withdraw the appearance of Marc Manley in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*s/Zachary M. Zimmerer*
　　　　　　　　　　　　　　　　　　RUSSELL COLEMAN
　　　　　　　　　　　　　　　　　　Attorney General of Kentucky
　　　　　　　　　　　　　　　　　　ZACHARY M. ZIMMERER
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Kentucky Office of the Attorney General
　　　　　　　　　　　　　　　　　　700 Capital Avenue, Suite 118
　　　　　　　　　　　　　　　　　　Frankfort, Kentucky
　　　　　　　　　　　　　　　　　　Tel: (502) 696-5617
　　　　　　　　　　　　　　　　　　*Counsel for the Commonwealth of Kentucky*

## CERTIFICATE OF SERVICE

    I certify that on August 28, 2024, the above document was filed with the CM/ECF filing system, which electronically served a copy to all counsel of record.

                                                         /s/ Zachary M. Zimmerer
                                                         *Counsel for the Commonwealth of Kentucky*