AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of North Dakota ▾

|                                     |     |                          |
| ----------------------------------- | --- | ------------------------ |
| State of Indiana, et al.            | )   |                          |
| *Plaintiff*                         | )   |                          |
| v.                                  | )   | Case No.   1:23-cv-106   |
| Mayorkas, et al.                    | )   |                          |
| *Defendant*                         | )   |                          |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Idaho                                                                                              .

Date:      10/09/2024

/s/ Alan Hurst
*Attorney's signature*

Alan Hurst, Idaho: 12425
*Printed name and bar number*
Office of the Idaho Attorney General
P.O. Box 83720
Boise, ID 83720

*Address*

alan.hurst@ag.idaho.gov
*E-mail address*

(208) 947-8773
*Telephone number*

*FAX number*