# EXHIBIT 5



U.S. Customs and Border Protection

# Southwest Land Border Encounters

Demographics for U.S. Border Patrol (USBP) and Office of Field Operations (OFO) include:

- Accompanied Minors (AM)
- Individuals in a Family Unit (FMUA)
- Single Adults
- Unaccompanied Children (UC)

For a breakdown of encounters by USBP Sector and OFO Field Office, visit Southwest Land Border Encounters (By Component).

To access the data used to build this dashboard, please visit the **CBP Data Portal**.

*Data is extracted from live CBP systems and data sources. Statistical information is subject to change due to corrections, systems changes, change in data definition, additional information, or encounters pending final review. Final statistics are available at the conclusion of each fiscal year.*

**Note:** *Internet Explorer has problems displaying the following charts. Please use another browser (Chrome, Safari, Firefox, Edge) to view. When using a mobile device, the charts are best displayed in landscape mode.*



# U.S. Customs and Border Protection (CBP) Encounters
US Border Patrol (USBP) Title 8 Apprehensions,
Office of Field Operations (OFO) Title 8 Inadmissible Volumes,
and Title 42 Expulsions by Fiscal Year (FY)



| | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 240,927 | 242,399 | 301,981 | 176,195 | 189,913 | 189,359 | 179,737 | 170,716 | 130,415 | 104,100 | 107,473 | 101,790 | 2,135,005 |
| 2023 | 231,529 | 235,173 | 252,315 | 157,358 | 156,630 | 193,249 | 211,992 | 206,690 | 144,556 | 183,479 | 232,963 | 269,735 | 2,475,669 |



# U.S. Border Patrol and Office of Field Operations Encounters[1]

| Demographic | Citizenship Grouping | Title of Authority | |
|---|---|---|---|
| (All) | (All) | (All) | Reset Filters |

| | OFO | USBP | All CBP |
|---|---|---|---|
| AUG FY2024 | 49,464 | 58,009 | 107,473 |
| SEP FY2024 | 47,932 | 53,858 | 101,790 |
| Percent Change | ▼ -3.1% | ▼ -7.2% | ▼ -5.3% |

| | Office of Field Operations | | | | | U.S. Border Patrol | | | | FY Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Single Adults | FMUA | UC / Single Minors | Accompanied Minors | Total | Single Adults | FMUA | UC / Single Minors | Total | |
| OCT | 29,372 | 21,881 | 802 | 123 | 52,178 | 93,641 | 84,411 | 10,697 | 188,749 | 240,927 |
| NOV | 28,848 | 21,470 | 854 | 121 | 51,293 | 96,490 | 82,676 | 11,940 | 191,106 | 242,399 |
| DEC | 29,304 | 21,791 | 1,006 | 140 | 52,241 | 135,577 | 101,707 | 12,456 | 249,740 | 301,981 |
| JAN | 30,262 | 20,538 | 1,030 | 150 | 51,980 | 76,926 | 39,806 | 7,483 | 124,215 | 176,195 |
| FEB | 28,986 | 19,170 | 995 | 121 | 49,272 | 85,314 | 45,972 | 9,355 | 140,641 | 189,913 |
| MAR | 30,162 | 20,661 | 903 | 160 | 51,886 | 83,560 | 45,987 | 7,926 | 137,473 | 189,359 |
| APR | 28,393 | 21,426 | 884 | 139 | 50,842 | 81,103 | 40,160 | 7,632 | 128,895 | 179,737 |
| MAY | 28,818 | 22,902 | 939 | 152 | 52,811 | 68,393 | 41,819 | 7,693 | 117,905 | 170,716 |
| JUN | 26,870 | 19,132 | 766 | 115 | 46,883 | 49,053 | 27,817 | 6,662 | 83,532 | 130,415 |
| JUL | 27,402 | 19,436 | 695 | 167 | 47,700 | 34,696 | 16,080 | 5,624 | 56,400 | 104,100 |
| AUG | 28,133 | 20,473 | 735 | 123 | 49,464 | 36,068 | 15,544 | 6,397 | 58,009 | 107,473 |
| SEP | 27,089 | 19,998 | 685 | 160 | 47,932 | 34,420 | 13,599 | 5,839 | 53,858 | 101,790 |
| **Total** | **343,639** | **248,878** | **10,294** | **1,671** | **604,482** | **875,241** | **555,578** | **99,704** | **1,530,523** | **2,135,005** |

[1] Beginning in March FY2020, USBP and OFO Encounter statistics include both Title 8 Apprehensions, Title 8 Inadmissibles, and Title 42 Expulsions. To learn more, visit Title 8 and Title 42 Statistics.

## Related Resources

| Previous Year Statistics |
| --- |
| FY 2022 |
| FY 2021 |
| FY 2020 |
| FY 2019 |
| FY 2018 |

[FY 2017](#)

## Claims of Fear Statistics

[FY 2017-2019](#)

**Last Modified: Oct 22, 2024**