# EXHIBIT 5

11/3/24, 2:18 PM                                                    Southwest Land Border Encounters | U.S. Customs and Border Protection

 U.S. Customs and Border Protection

# Southwest Land Border Encounters

Demographics for U.S. Border Patrol (USBP) and Office of Field Operations (OFO) include:

- Accompanied Minors (AM)
- Individuals in a Family Unit (FMUA)
- Single Adults
- Unaccompanied Children (UC)

For a breakdown of encounters by USBP Sector and OFO Field Office, visit Southwest Land Border Encounters (By Component).

To access the data used to build this dashboard, please visit the **CBP Data Portal**.

*Data is extracted from live CBP systems and data sources. Statistical information is subject to change due to corrections, systems changes, change in data definition, additional information, or encounters pending final review. Final statistics are available at the conclusion of each fiscal year.*

**Note:** *Internet Explorer has problems displaying the following charts. Please use another browser (Chrome, Safari, Firefox, Edge) to view. When using a mobile device, the charts are best displayed in landscape mode.*





U.S. Customs and Border Protection

**U.S. Customs and Border Protection (CBP) Encounters**
US Border Patrol (USBP) Title 8 Apprehensions,
Office of Field Operations (OFO) Title 8 Inadmissible Volumes,
and Title 42 Expulsions by Fiscal Year (FY)

FY: (All)
Component: (All)
Demographic: (All)
Citizenship Grouping: (All)
Title of Authority: (All)

Reset Filters

FY 2021 2022 2023 2024

## FY Southwest Land Border Encounters by Month

| | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 240,927 | 242,399 | 301,981 | 176,195 | 189,913 | 189,359 | 179,737 | 170,716 | 130,415 | 104,100 | 107,473 | 101,790 | 2,135,005 |
| 2023 | 231,529 | 235,173 | 252,315 | 157,358 | 156,630 | 193,249 | 211,992 | 206,690 | 144,556 | 183,479 | 232,963 | 269,735 | 2,475,669 |

# U.S. Border Patrol and Office of Field Operations Encounters[1]

| | OFO | USBP | All CBP |
|---|---|---|---|
| AUG FY2024 | 49,464 | 58,009 | 107,473 |
| SEP FY2024 | 47,932 | 53,858 | 101,790 |
| Percent Change | ▼ -3.1% | ▼ -7.2% | ▼ -5.3% |

| | Office of Field Operations | | | | | U.S. Border Patrol | | | | FY Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Single Adults | FMUA | UC / Single Minors | Accompanied Minors | Total | Single Adults | FMUA | UC / Single Minors | Total | |
| OCT | 29,372 | 21,881 | 802 | 123 | 52,178 | 93,641 | 84,411 | 10,697 | 188,749 | 240,927 |
| NOV | 28,848 | 21,470 | 854 | 121 | 51,293 | 96,490 | 82,676 | 11,940 | 191,106 | 242,399 |
| DEC | 29,304 | 21,791 | 1,006 | 140 | 52,241 | 135,577 | 101,707 | 12,456 | 249,740 | 301,981 |
| JAN | 30,262 | 20,538 | 1,030 | 150 | 51,980 | 76,926 | 39,806 | 7,483 | 124,215 | 176,195 |
| FEB | 28,986 | 19,170 | 995 | 121 | 49,272 | 85,314 | 45,972 | 9,355 | 140,641 | 189,913 |
| MAR | 30,162 | 20,661 | 903 | 160 | 51,886 | 83,560 | 45,987 | 7,926 | 137,473 | 189,359 |
| APR | 28,393 | 21,426 | 884 | 139 | 50,842 | 81,103 | 40,160 | 7,632 | 128,895 | 179,737 |
| MAY | 28,818 | 22,902 | 939 | 152 | 52,811 | 68,393 | 41,819 | 7,693 | 117,905 | 170,716 |
| JUN | 26,870 | 19,132 | 766 | 115 | 46,883 | 49,053 | 27,817 | 6,662 | 83,532 | 130,415 |
| JUL | 27,402 | 19,436 | 695 | 167 | 47,700 | 34,696 | 16,080 | 5,624 | 56,400 | 104,100 |
| AUG | 28,133 | 20,473 | 735 | 123 | 49,464 | 36,068 | 15,544 | 6,397 | 58,009 | 107,473 |
| SEP | 27,089 | 19,998 | 685 | 160 | 47,932 | 34,420 | 13,599 | 5,839 | 53,858 | 101,790 |
| Total | 343,639 | 248,878 | 10,294 | 1,671 | 604,482 | 875,241 | 555,578 | 99,704 | 1,530,523 | 2,135,005 |

Case 1:23-cv-00106-DMT-CRH     Document 89-1     Filed 11/08/24     Page 6 of 7

[1] Beginning in March FY2020, USBP and OFO Encounter statistics include both Title 8 Apprehensions, Title 8 Inadmissibles, and Title 42 Expulsions. To learn more, visit Title 8 and Title 42 Statistics.

## Related Resources

**Previous Year Statistics**

FY 2022

FY 2021

FY 2020

FY 2019

FY 2018

Case 1:23-cv-00106-DMT-CRH    Document 89-1    Filed 11/08/24    Page 7 of 7

[FY 2017](#)

## Claims of Fear Statistics

[FY 2017-2019](#)

**Last Modified: Oct 22, 2024**