Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

State of Indiana, State of North Dakota, State of Alaska, State of Arkansas, State of Florida, State of Idaho, State of Iowa, Commonwealth of Kentucky, State of Mississippi, State of Missouri, State of Montana, State of New Hampshire, State of Oklahoma, State of South Carolina, State of Tennessee, State of Utah, Commonwealth of Virginia, and State of Wyoming,

    Plaintiffs,

v.

Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, U.S. Department of Homeland Security, Troy A. Miller, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection, U.S. Customs and Border Protection, Tae Johnson, in his official capacity as Director of U.S. Immigration and Customs Enforcement, U.S. Immigration and Customs Enforcement, Ur Jaddou, in her official capacity as Director for U.S. Citizenship and Immigration Services, U.S. Citizenship and Immigration Services, Raul Ortiz, in his official capacity as Chief of the U.S. Border Patrol, U.S. Border Patrol, Merrick Garland, in his official capacity as Attorney General of the United States, U.S. Department of Justice, David Neal, in his official capacity as Director of the Executive Office for Immigration Review, and Executive Office for Immigration Review, United States of America,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.     1:23-cv-00106

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**.  This action came before the Court on motion.  The issues have been considered and a decision rendered.

☐ **Stipulation**.  This action came before the court on motion of the parties.  The issues have been resolved.

☐ **Dismissal**.  This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

### IT IS ORDERED AND ADJUDGED:

Pursuant to the Order dated November 26, 2024, the Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 57) is GRANTED. The Complaint is DISMISSED. The Motion to Dismiss for Failure to State a Claim is found as MOOT.

Date: November 26, 2024

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Janelle Brunner, Deputy Clerk*