## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH DAKOTA
## WESTERN DIVISION

| | |
|---|---|
| STATE OF INDIANA, STATE OF NORTH DAKOTA, *et al.*, <br><br>         PLAINTIFFS, <br><br> v. <br><br> ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*, <br><br>         DEFENDANTS. | CIVIL ACTION NO. 1:23-cv-00106-CRH |

---

### NOTICE OF APPEAL

---

All Plaintiffs appeal to the United States Court of Appeals for the Eighth Circuit from the order granting the motion to dismiss (R.90) and final judgment (R.91) both entered on November 26, 2024. All fees have been paid herewith pursuant to Fed. R. App. P. 3(e).

Date: January 24, 2025

Respectfully Submitted,

| | |
|---|---|
| */s/ Philip Axt* <br> DREW H. WRIGLEY <br> Attorney General <br> PHILIP AXT (ND Bar No. 09585) <br> Solicitor General <br> North Dakota Attorney General's Office <br> 600 E Boulevard Avenue, Dept. 125 <br> Bismarck, ND 58505 <br> (701) 328-2210 <br> pjaxt@nd.gov <br> *Counsel for State of North Dakota* | */s/ Betsy M. DeNardi* <br> Betsy M. DeNardi, 23856-71 <br> Special Counsel of Complex Litigation <br> Office Of the Indiana Attorney General <br> I.G.C.S, 5th Floor <br> 302 West Washington Street <br> Indianapolis, IN 46204-2770 <br> (317) 232-6231 <br> Betsy.DeNardi@atg.in.gov <br> *Counsel for the State of Indiana* |

| | |
|---|---|
| *s/Christopher A. Robison*<br>Treg Taylor<br>Attorney General of Alaska<br>Cori M. Mills<br>Deputy Attorney General of Alaska<br>Christopher A. Robison<br>Alaska Bar No. 2111126<br>Texas Bar No. 24035720<br>Assistant Attorney General<br>Alaska Department of Law<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, Alaska 99501-1994<br>chris.robison@alaska.gov<br>*Counsel for the State of Alaska* | */ Dylan L. Jacobs*<br>Tim Griffin<br>Arkansas Attorney General<br>Dylan L. Jacobs<br>Deputy Solicitor General<br>Office Of the Arkansas Attorney General<br>323 Center St., Suite 200<br>Little Rock, AR 72201<br>(501) 682-3661<br>Dylan.Jacobs@Arkansasag.Gov<br>*Counsel for the State of Arkansas* |
| *s/ Natalie Christmas*<br>Natalie Christmas<br>Counselor to the Attorney General<br>John M. Guard<br>Acting Attorney General<br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, Florida 32399<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>Natalie.Christmas@myfloridalegal.com<br>*Counsel for the State of Florida* | *s/Alan Hurst*<br>Raúl R. Labrador<br>Idaho Attorney General<br>Alan Hurst<br>Solicitor General<br>Idaho Attorney General's Office<br>Statehouse, Room 210<br>Boise, ID 83720<br>(208) 334-2400<br>Alan.Hurst@ag.idaho.gov<br>*Counsel for the State of Idaho* |
| /s/ Eric H. Wessan<br>BRENNA BIRD<br>Attorney General of Iowa<br>Eric H. Wessan<br>Solicitor General<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>(515) 823-9117<br>(515) 281-4209 (fax)<br>eric.wessan@ag.iowa.gov<br>*Counsel for State of Iowa* | *s/Zachary M. Zimmerer*<br>RUSSELL COLEMAN<br>Attorney General of Kentucky<br>ZACHARY M. ZIMMERER<br>Assistant Attorney General<br>Kentucky Office of the Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky<br>Tel: (502) 696-5617<br>*Counsel for the Commonwealth of Kentucky* |
| Attorney General of Mississippi<br><br>*/s/ Justin L. Matheny*<br>Justin L. Matheny (MS Bar No. 100754)<br>  Deputy Solicitor General | *s/Joshua Divine*<br>Andrew Bailey<br>Missouri Attorney General<br>Joshua M. Divine<br>Solicitor General |

| | |
|---|---|
| Mississippi Attorney General's Office<br>P.O. Box 220<br>Jackson, MS 39205-0220<br>Telephone: (601) 359-3680<br>Fax: (601) 359-2003<br>justin.matheny@ago.ms.gov<br>*Counsel for State of Mississippi* | Maria A. Lanahan<br>Deputy Solicitor General<br>Post Office Box 889<br>Jefferson City, Missouri 65101<br>(573) 751-8870<br>Josh.Divine@ago.mo.gov<br>Maria.Lanahan@ago.mo.gov<br>*Counsel for the State of Missouri* |
| */s/ Christian B. Corrigan*<br>Austin Knudsen<br>Attorney General<br>Christian B. Corrigan<br>Solicitor General<br>Montana Department of Justice<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>Phone: (406) 444-2026<br>christian.corrigan@mt.gov<br>*Counsel for the State of Montana* | *s/ Brandon F. Chase*<br>John M. Formella<br>Attorney General<br>Brandon F. Chase, NH Bar No. 270844<br>Assistant Attorney General<br>New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, NH  03301<br>(603) 271-3650<br>brandon.f.chase@doj.nh.gov<br>*Counsel for the State of New Hampshire* |
| */s/ Garry M. Gaskins, II*<br>GENTNER F. DRUMMOND<br>Attorney General<br>GARRY M. GASKINS, II<br>Solicitor General<br>ZACH WEST<br>Director of Special Litigation<br>Oklahoma Attorney General's Office<br>State of Oklahoma<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>*Counsel for the State of Oklahoma* | */s Joseph D. Spate*<br>ALAN WILSON<br>  South Carolina Attorney General<br>ROBERT D. COOK<br>  Solicitor General<br>J. EMORY SMITH, JR.<br>  Deputy Solicitor General<br>THOMAS T. HYDRICK<br>  Assistant Deputy Solicitor General<br>JOSEPH D. SPATE<br>  Assistant Deputy Solicitor General<br>Post Office Box 11549<br>Columbia, SC 29211<br>(803) 734-3371<br>josephspate@scag.gov<br>*Counsel for the State of South Carolina* |
| */s/Whitney Hermandorfer*<br>Jonathan Skrmetti<br>Tennessee Attorney General<br>and Reporter<br>Whitney Hermandorfer<br>Director of Strategic Litigation Unit and | *s/Lance Sorenson*<br>Sean D. Reyes<br>Attorney General of Utah<br>Assistant Solicitor General<br>Office of the Attorney General<br>Utah State Capitol Complex |

| | |
|---|---|
| Assistant Solicitor General<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>(615) 253-5642<br>whitney.hermandorfer@ag.tn.gov<br>*Counsel for the State of Tennessee* | 350 North State Street Suite 230<br>Salt Lake City, UT 84114-2320<br>(385) 441-4218<br>lancesorenson@agutah.gov<br>*Counsel for the State of Utah* |
| *s/ Kevin M. Gallagher*<br>Jason S. Miyares<br>Attorney General<br>Kevin M. Gallagher<br>Principal Deputy Solicitor General<br>Virginia Attorney General's Office<br>202 North 9th Street<br>Richmond, VA 23219<br>(804) 786-2071<br>kgallagher@oag.state.va.us<br>*Counsel for Commonwealth of Virginia* | *s/Ryan Schelhaas*<br>Bridget Hill<br>Wyoming Attorney General<br>Ryan Schelhaas<br>Chief Deputy Attorney General<br>109 State Capitol<br>Cheyenne, WY 82002<br>(307) 777-5786<br>ryan.schelhaas@wyo.gov<br>*Counsel for the State of Wyoming* |