U. S. COURT OF APPEALS - EIGHTH CIRCUIT
**NOA SUPPLEMENT**

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No. 1:23-cv-106        State of Indiana et al vs. Alejandro Mayorkas et al

Length of trial:

Financial Status:   Fee Paid? ✓ Yes ☐ No
          If **NO**, has IFP been granted? ☐ Yes ☐ No
          Is there a pending motion for IFP? ☐ Yes ✓ No

Are there any other pending post-judgment motions? ☐ Yes ✓ No

Please identify the court reporter:   ✓ No hearings held

  Name:

  Address:

  Telephone Number:

Criminal cases only:
  Is the defendant incarcerated?   ☐ Yes (include address below)        No ☐

  Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**