AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| State of Indiana, et al,. *Plaintiff* | ) ) |
| v. | ) Case No. 1:23-cv-106-DMT-CRH |
| Alejandro Mayorkas, et al. *Defendant* | ) ) ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Florida                                                                                                         .

Date:   01/29/2025                                          /s/ Christine Pratt
                                                                       *Attorney's signature*

                                                                       Christine Pratt/ FL Bar # 100351
                                                                       *Printed name and bar number*

                                                                       Florida Attorney General's Office
                                                                       The Capitol, PL-01
                                                                       Tallahassee, FL 32399-1050
                                                                       *Address*

                                                                       christine.pratt@myfloridalegal.com
                                                                       *E-mail address*

                                                                       (850) 414-3300
                                                                       *Telephone number*

                                                                       (850) 410-2672
                                                                       *FAX number*