IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| **STATE OF INDIANA, STATE OF NORTH DAKOTA, et al.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, et al.,**<br><br>*Defendants.* | **Case No. 1:23-cv-00106-DMT-CRH** |

**MOTION TO WITHDRAW COUNSEL**

The undersigned attorney for Plaintiff State of Idaho respectfully requests that this Court withdraw the appearances of Joshua N. Turner and Theodore J. Wold as counsel in the above captioned case because they have ended their service with the State of Idaho. The State of Idaho will continue to be represented by Alan Hurst.

Dated: January 29, 2025     Respectfully submitted,

/s/ *Alan Hurst*
Alan Hurst
Solicitor General
Attorney for Plaintiff, State of Idaho

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2025, I filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

/s/ *Alan Hurst*
Alan Hurst