# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

State of Indiana, et al.*,*

    *Plaintiffs,*

    v.                                    Case No. 1:23-cv-00106

Alejandro Mayorkas, *et al.*,

    *Defendants*.
_____/

## **MOTION TO WITHDRAW AS COUNSEL**

    Natalie Christmas moves to withdraw as counsel of record in this action. Christine Pratt will continue to represent the State of Florida. The State of Florida consents to this withdrawal.

                                              **JOHN M. GUARD**
                                              ACTING ATTORNEY GENERAL

                                              */s/ Natalie Christmas*
                                              **NATALIE CHRISTMAS** (FBN 1019180)
                                              SENIOR COUNSELOR
                                              Office of the Attorney General
                                              The Capitol, Pl-01
                                              Tallahassee, Florida 32399-1050
                                              (850) 414-3300
                                              (850) 410-2672 (fax)
                                              natalie.christmas@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

On February 5, 2025, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that the document has been scanned for viruses and is free of viruses.

*/s/ Natalie Christmas*
**NATALIE CHRISTMAS**