AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| State of Indiana, et al. | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:23-cv-00106-DMT-CRH |
| Mayorkas, et al. | ) | | |
| *Defendant* | ) | | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Florida.

Date: 02/06/2025

/s/ Allen L. Huang
*Attorney's signature*

Allen L. Huang (FL 1045396)
*Printed name and bar number*

Florida Office of the Attorney General
3507 E Frontage Rd, #200
Tampa, FL 33607
*Address*

allen.huang@myfloridalegal.com
*E-mail address*

(714) 878-8628
*Telephone number*

(850) 410-2672
*FAX number*