AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| State of Indiana, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00106-DMT-CRH |
| Alejandro Mayorkas, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Tennessee                                                                       .

Date: 07/22/2025

/s/ J. Matthew Rice
*Attorney's signature*

J. Matthew Rice TN 040032
*Printed name and bar number*

Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202

*Address*

Matt.Rice@ag.tn.gov
*E-mail address*

(615) 532-6026
*Telephone number*

(615) 741-2009
*FAX number*