IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NORTH DAKOTA

| | |
|---|---|
| State of Indiana, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No. 1:23-cv-000106-DMT-CRH |
| | ) |
| Alejandro Mayorkas, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Local General Rule 1.3(F)(1), J. Matthew Rice hereby notifies this Court that he will be substituting as counsel in this matter for Whitney D. Hermandorfer on behalf of the State of Tennessee. Ms. Hermandorfer is withdrawing as counsel for Plaintiff the State of Tennessee because she is no longer employed with the Office of the Tennessee Attorney General. R. Matthew Rice, a member of the Bar of this Court, will remain counsel of record for the State of Tennessee.

Dated: July 22, 2025                                         Respectfully submitted,


                                                             /s/ *J. Matthew Rice*_____
                                                             (BPR # 040032)
                                                             JONATHAN SKRMETTI
                                                             *Attorney General and Reporter of Tennessee*
                                                             J. MATTHEW RICE
                                                             *Solicitor General*
                                                             Office of the Tennessee Attorney General
                                                             and Reporter
                                                             P.O. Box 20207
                                                             Nashville, TN 37202
                                                             (615) 532-6026
                                                             Matt.Rice@at.tn.gov

                                                             **Counsel for State of Tennessee**

2