# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-1130

_____

State of Indiana; State of North Dakota; State of Alaska; State of Arkansas; State of Florida; State of Idaho; State of Iowa; Commonwealth of Kentucky; State of Mississippi; State of Missouri; State of Montana; State of New Hampshire; State of Oklahoma; State of South Carolina; State of Tennessee; State of Utah; Commonwealth of Virginia; State of Wyoming

Plaintiffs - Appellants

v.

Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security; Pete R. Flores, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection; United States Customs and Border Protection Agency; Todd M. Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; United States Immigration and Customs Enforcement; Kika Scott, in her official capacity as Senior Official Performing the Duties of the Director for U.S. Citizenship and Immigration Services; U.S. Citizenship and Immigration Services; Michael Banks, in his official capacity as Chief of the U.S. Border Patrol; U.S. Border Patrol; Pamela Bondi, in her official capacity as Attorney General of the United States; U.S. Department of Justice; Sirce E. Owen, in his official capacity as Acting Director of the Executive Office for Immigration Review; Executive Office for Immigration Review, United States of America

Defendants - Appellees

------

Appeal from U.S. District Court for the District of North Dakota - Western
(1:23-cv-00106-DMT)

------

## JUDGMENT

Before BENTON, SHEPHERD, and KELLY, Circuit Judges.

The joint motion to vacate and remand is granted. The decision of the district court is vacated, and the case is remanded with instructions to dismiss Case No. 1:23-cv-00106 as moot.

August 07, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler