# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1130

State of Indiana, et al.

Appellants

v.

Kristi Noem, in her official capacity as Secretary of Homeland Security, et al.

Appellees

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:23-cv-00106-DMT)

---

## MANDATE

In accordance with the judgment of August 7, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 03, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit