UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| STATE OF INDIANA, *et al,* | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| -vs- | ) | No. 1:23-CV-00106 |
| | ) | |
| ALEJANDRO MAYORKAS, *et al,* | ) | |
| | ) | |
| *Defendants.* | ) | |

**MOTION TO APPEAR PRO HAC VICE**

William James Seidleck, Principal Deputy Solicitor General for the State

of Missouri pursuant to D.N.D. Gen. L. R. 1.3(D), moves this Court for leave to

appear pro hac vice. In support of this Motion, I state as follows:

| Other Bar Admissions: List jurisdiction & ID number for each jurisdiction | • State of Maryland<br>• State of Missouri<br>• District of Columbia<br>• Supreme Court of the United States<br>• U.S. Dist. Court for E.D. of Missouri<br>• U.S. Dist. Court for Dist. of Columbia<br>• 3rd Circuit Court of Appeals<br>• 4th Circuit Court of Appeals<br>• 5th Circuit Court of Appeals<br>• 6th Circuit Court of Appeals<br>• 7th Circuit Court of Appeals<br>• 9th Circuit Court of Appeals<br>• 11th Circuit Court of Appeals<br>• D.C. Circuit Court of Appeals |
|---|---|
| Disciplinary Actions: List all past or pending disciplinary actions, including disbarments, | None |

| suspensions, probations, or any other restrictions | |
|---|---|
| | |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct and complete to the best of my knowledge and belief.

Dated:  September 4, 2025        */s/  William J. Seidleck*
                                 William J. Seidleck
                                   *Principal Deputy Solicitor General*
                                 Office of Missouri Attorney General
                                 815 Olive Street, Suite #200
                                 St. Louis, Missouri 63101
                                 (573) 301-5359
                                 William.Seidleck@ago.mo.gov