UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| STATE OF INDIANA, *et al*, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| -vs- ) | No. 1:23-CV-00106 |
| ) | |
| ALEJANDRO MAYORKAS, *et al*, ) | |
| ) | |
| *Defendants.* ) | |

## **MOTION TO WITHDRAWAL COUNSEL**

Plaintiff State of Missouri, by and through the undersigned counsel, respectfully requests this Court withdraw Joshua Divine as counsel of record for the State of Missouri. Good cause exists as Mr. Divine has left the employment of the Office of the Missouri Attorney General. Plaintiff will not be prejudiced by this withdrawal and will continue to be represented by counsel already entered on the case.

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

 */s/ Maria A. Lanahan*
Maria A. Lanahan #65956MO
 *Principal Deputy Solicitor General*
815 Olive St, Suite 200
St. Louis, MO 63101
(314) 340-4978
(573) 751-0774 (fax)
Maria.Lanahan@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, the foregoing was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

*/s/ Maria A. Lanahan*
