UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| STATE OF INDIANA, *et al*, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| -vs- ) | No. 1:23-CV-00106 |
| ) | |
| ALEJANDRO MAYORKAS, *et al*, ) | |
| ) | |
| *Defendants.* ) | |

## MOTION TO WITHDRAWAL AS COUNSEL

Principal Deputy Solicitor General Maria A. Lanahan moves to withdraw as counsel of record for Plaintiff State of Missouri. Plaintiff State of Missouri will not be prejudiced by this withdrawal and will continue to be represented by William J. Seidleck who is taking over this case.

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

 */s/ Maria A. Lanahan*
Maria A. Lanahan #65956MO
 *Principal Deputy Solicitor General*
815 Olive St, Suite 200
St. Louis, MO 63101
(314) 340-4978
(573) 751-0774 (fax)
Maria.Lanahan@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, the foregoing was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

<u>/s/ Maria A. Lanahan</u>