IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Indiana et al.,<br><br>                           Plaintiffs,<br><br>vs.<br><br>Kristi Noem,[1] in his official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security et al.,<br><br>                          Defendants. | Case No. 1:23-cv-00106 |

**ORDER VACATING ORDER GRANTING MOTION TO DISMISS AND DISMISSING CASE AS MOOT**

[¶1]   THIS MATTER comes before the Court on remand from the Eighth Circuit Court of Appeals. Pursuant to the Judgment of that Court, this Court's Order Granting Motion to Dismiss for Lack of Jurisdiction and Finding as Moot Motion not Dismiss for Failure to State a Claim (Doc. No. 57) is **VACATED** and this case is **DISMISSED as moot**. See Doc. No. 103. The Clerk's Office is directed to enter an Amended Judgment consistent with this Order.

[¶2]   **IT IS SO ORDERED**.

DATED September 4, 2025.

                                                        Daniel Mack Traynor, District Judge
                                                        United States District Court

---

[1] Alejandro Mayorkas no longer serves as Secretary of Homeland Security. Kristi Noem has been automatically substituted pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.